

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2014

No. 04-13-00487-CR

Elbert Lee **SANDERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 54th District Court, McLennan County, Texas
Trial Court No. 2012-327-C2
Honorable Matt Johnson, Judge Presiding

# O R D E R

On February 12, 2014, we abated this appeal with instructions to the trial court to conduct an abandonment hearing pursuant to rule 38.8(b)(2) of the Texas Rules of Appellate Procedure. On February 18, 2014, appellant filed his brief.

We therefore withdraw our order requiring the trial court to conduct a hearing and we reinstate the appeal on the docket of this court. The State's brief is due March 20, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court